# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CR-225-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JOHNNY MONROE WELLS JR., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Joint Motion For Leave To File Under Seal" (Document No. 57) filed on May 6, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

A party who seeks to seal any pleading must comply with the Local Rules of this Court. Local Civil Rule("LCvR") 6.1 provides in relevant part as follows:

> **LCvR. 6.1 SEALED FILINGS AND PUBLIC ACCESS.**
>
> **(a)** *Scope of Rule*. To further openness in civil case proceedings, there is a presumption under applicable common law and the First Amendment that materials filed in this Court will be filed unsealed. This Rule governs any party's request to seal, or otherwise restrict public access to, any materials filed with the Court or used in connection with judicial decision- making. As used in this Rule, "materials" includes pleadings and documents of any nature and in any medium or format.
>
> **(b)** *Filing under Seal*. No materials may be filed under seal except by Court order, pursuant to a statute, or in accordance with a previously entered Rule 26(e) protective order.
>
> **(c)** *Motion to Seal or Otherwise Restrict Public Access*. A

party's request to file materials under seal must be made by formal motion, separate from the motion or other pleading sought to be sealed, pursuant to LCvR 7.1. Such motion must be filed electronically under the designation "Motion to Seal." The motion must set forth:

>**(1)** A non-confidential description of the material sought to be sealed;
>**(2)** A statement indicating why sealing is necessary and why there are no alternatives to filing under seal;
>**(3)** Unless permanent sealing is sought, a statement indicating how long the party seeks to have the material maintained under seal and how the matter is to be handled upon unsealing; and
>**(4)** Supporting statutes, case law, or other authority.

LCvR 6.1.

By the instant motion Defendant seeks to file the "Joint Motion To Continue Sentencing" (Document No. 58) under seal. (Document No. 57). Defendant does not offer any reason this filing should be sealed or address any of the requirements of Local Rule 6.1. Id.

Having considered LCvR 6.1(c) and LCrR 49.1.1, the Court will deny Defendant's motion, without prejudice. Defendant shall file a revised motion on or before May 10, 2021.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 57) is **DENIED WITHOUT PREJUDICE**. Defendant shall file a revised motion to seal on or before **May 10, 2021**. Document No. 58 shall remain under **SEAL** until the Court has an opportunity to consider Defendant's revised motion.

**SO ORDERED**.

Signed: May 6, 2021

David C. Keesler
United States Magistrate Judge